**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 7 2005

GREGORY C. LANGHAM
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
*Judge John L. Kane*

**Civil Action No. 01-K-0275**

**DOMINICK PAOLONI,** *et al.*

     Plaintiff,

v.

**DONALD I. GOLDSTEIN,** *et al.,*

     Defendants.

**NBSA, LLC,** *et al.,*

     Relief Defendants.

---

### AGREED ORDER RELEASING FUNDS TO JAMIE GOLDSTEIN'S
### BANKRUPTCY TRUSTEE

---

Before the Court is the Motion to Vacate Amended Injunction filed March 18, 2005 by

Defendant Jamie Goldstein (the "Motion"). Plaintiffs Dominick Paoloni, et al. filed a Response

on or about April 14, 2005. John P. Barbee, Mr. Goldstein's Chapter 7 Trustee (the "Trustee"),

filed a Response on April 18, 2005. No other party to this case filed a response.

In their papers, the parties agreed that the sum of $125,332.43 (the "Funds") should be

paid to the Trustee. Accordingly, the parties agree and the Court finds that the Funds should be

remitted to the Trustee without further delay.

Accordingly, IT IS HEREBY ORDERED that the Clerk of this Court is directed to remit

$125,332.43 presently held in the registry of the Court pursuant to the Amended Preliminary

{00197321 / 1}

Injunction entered on December 8, 2004 ("Amended Injunction") to John P. Barbee, Trustee,

1555 Indian River Blvd,  Suite 111, Vero Beach, Fl 32960 in the form of a check payable to John

P. Barbee, Trustee and delivered to the Trustee, c/o his Denver, Colorado counsel, Brent Cohen,

Esq., or, directly to the Trustee in such other manner as the Clerk may be directed by the Trustee.

IT IS FURTHER ORDERED that the Trustee shall hold the Funds in trust pending an

agreement among Jamie Goldstein, Donald Goldstein, Patricia Goldstein and the Trustee

concerning deducting the costs and reasonable attorneys' fees incurred in the preparation and

filing of amended tax return(s) pursuant to paragraph 10 of the Stipulation for Settlement and

Compromise of Controversy Among the Trustee, Donald I. Goldstein, Jamie Goldstein and

Patricia Goldstein, dated January 15, 2004, or until entry of an order by the Bankruptcy Court for

the Southern District of Florida directing the distribution of the Funds.

This Order is without prejudice to the arguments of the parties with respect to the

remainder of the funds that are the subject of the Amended Injunction.  Hearing on the Motion is

presently set for June 28, 2005, at 3:00 p.m. and shall proceed as scheduled.

DATED:  June _27_, 2005

BY THE COURT:

_____
United States District Judge

**Agreed:**


Michael J. Pankow, #21212
Daniel J. Garfield, #26054
BROWNSTEIN HYATT & FARBER, P.C.
410 Seventeenth Street, 22nd Floor
Denver, CO   80202
Tel:  303.223.1100
Fax:  303.223.1111
Email:  mpankow@bhf-law.com
dgarfield@bhf-law.com
*Counsel for Jamie Goldstein*


John A. Hutchings
DILL DILL CARR STONBRAKER
 & HUTCHINGS, P.C.
455 Sherman Street, Suite 300
Denver, CO   80203
Tel:  303.777.3737
Fax:  303.777.2823
Email:  jhutchings@dillanddill.com
*Counsel for Dominick Paoloni, et al.*


Brent R. Cohen, Reg. #11297
ROTHGERBER JOHNSON & LYONS
One Tabor Center
1200 17th Street, Suite 3000
Denver, CO 80202-5855
Telephone:  (303) 623-9000
Facsimile:  (303) 623-9222
Email:  bcohen@rothgerber.com
*Counsel for John P. Barbee, Chapter 7 Trustee*

4

**Agreed:**

_____

Michael J. Pankow, #21212
Daniel J. Garfield, #26054
BROWNSTEIN HYATT & FARBER, P.C.
410 Seventeenth Street, 22nd Floor
Denver, CO  80202
Tel:  303.223.1100
Fax:  303.223.1111
Email:  mpankow@bhf-law.com
dgarfield@bhf-law.com
*Counsel for Jamie Goldstein*

_____

John A. Hutchings
DILL DILL CARR STONBRAKER
 & HUTCHINGS, P.C.
455 Sherman Street, Suite 300
Denver, CO  80203
Tel:  303.777.3737
Fax:  303.777.2823
Email:  jhutchings@dillanddill.com
*Counsel for Dominick Paoloni, et al.*

_____

Brent R. Cohen, Reg. #11297
ROTHGERBER JOHNSON & LYONS
One Tabor Center
1200 17th Street, Suite 3000
Denver, CO 80202-5855
Telephone:  (303) 623-9000
Facsimile:  (303) 623-9222
Email:  bcohen@rothgerber.com
*Counsel for John P. Barbee, Chapter 7 Trustee*

4

{00197321 / 1}

06/17/2005  02:17PM