IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00275-JLK**

**DOMINICK PAOLONI, et al.,**

    Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et al.,**

    Defendants.

**and, NBSA, LLC, et al.,**

    Relief Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

While a telephone call to the Clerk's Office would have sufficed, nevertheless, the Motion to Remove Counsel from Electronic Case Filing (doc # 762), filed July 6, 2005, is **GRANTED.** The Clerk's Office is directed to remove Jonathan C. Oster of Oster & Martin, LLC from the ECF notice in this case.

Dated: July 7, 2005