IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-CV-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

_____

## ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS HYMAN LIPPITT, P.C., J. LEONARD HYMAN, NORMAN L. LIPPITT, DOUGLAS A. HYMAN, BRIAN D. O'KEEFE, H. JOEL NEWMAN, NAZLI G. SATER, KENNETH F. NEUMAN AND TERRY S. GIVENS

_____

THIS MATTER comes on for hearing upon the Motion to Dismiss With Prejudice of Defendants Hyman Lippitt, P.C., J. Leonard Hyman, Norman L. Lippitt, Douglas A. Hyman, Brian D. O'Keefe, H. Joel Newman, Nazli G. Sater, Kenneth F. Neuman and Terry S. Givens, and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that all pending claims in this action against Hyman Lippitt, P.C., J. Leonard Hyman, Norman L. Lippitt, Douglas A. Hyman, Brian D. O'Keefe, H. Joel Newman, Nazli G. Sater, Kenneth F. Neuman and Terry S. Givens are hereby dismissed with prejudice.

DATED this 14th day of December, 2005.

                                              BY THE COURT:

                                              s/John L. Kane
                                              John L. Kane, U.S. District Court Judge