IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-CV-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

## ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RICHARD G. DOGGETT
_____

THIS MATTER comes before the Court on the Motion to Dismiss Without Prejudice Defendant Richard G. Doggett, and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that all claims pending in this action against Richard G. Doggett are dismissed without prejudice.

DATED this 28th day of December, 2005.

BY THE COURT:

/s/ John L. Kane
John L. Kane, U.S. District Court Judge