IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-CV-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

_____

**ORDER FOR DISMISSAL WITHOUT PREJUDICE OF RELIEF DEFENDANTS NBSA, LLC, UNLIMITED BONDS SERVICES AGENCY, LLC, INTERNATIONAL FIDELITY & SURETY, LTD. AND INTERNATIONAL CONSULTANTS & MANAGEMENT, LTD.**

_____

    THIS MATTER comes before the Court on the Motion to Dismiss Without Prejudice Relief Defendants NBSA, LLC, Unlimited Bonds Services Agency, LLC, International Fidelity & Surety, Ltd. and International Consultants & Management, Ltd., and the Court being fully advised in the premises,

    NOW, THEREFORE, IT IS ORDERED that all claims pending in this action against Relief Defendants NBSA, LLC, Unlimited Bonds Services Agency, LLC, International Fidelity & Surety, Ltd. and International Consultants & Management, Ltd. are dismissed without prejudice.

    DATED this _28th_ day of _December_, 2005.

BY THE COURT:

/s/ John L. Kane
John L. Kane, U.S. District Court Judge