IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-CV-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

### ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CARLYLE CONSULTING GROUP, LTD.
_____

THIS MATTER comes before the Court on the Motion to Dismiss Without Prejudice Defendant Carlyle Consulting Group, Ltd., a Cayman Island corporation, and the Court being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that all claims pending in this action against Defendant Carlyle Consulting Group, Ltd. are dismissed without prejudice.

DATED this  28th  day of December, 2005.

                                      BY THE COURT:

                                      /s/ John L. Kane
                                      John L. Kane, U.S. District Court Judge