IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  01-cv-00275-JLK

**DOMINICK PAOLONI, et. al.,**

     Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et. al.,**

     Defendants.

**and, NBSA , LLC, et. al.,**

     Relief Defendants.

---

**ORDER GRANTING CHICAGO INSURANCE COMPANY'S UNOPPOSED MOTION
TO INTERVENE AND MOTION FOR EXTENSION OF TIME TO RESPOND**

---

THIS MATTER, coming before the Court on Chicago Insurance Company's Unopposed

Motion to Intervene and Motion for Extension of Time to Respond (doc. #811), filed April 27,

2006, and the Court being fully advised,

HEREBY GRANTS Chicago Insurance Company leave to intervene.  The declaratory

judgment complaint in intervention attached to Chicago Insurance Company's Motion is

accepted as filed as of the date of this Order.

THE COURT FURTHER GRANTS Chicago Insurance Company's request for

additional time to respond to Plaintiffs' Motion to Enforce Settlement Agreement.  Chicago

Insurance Company shall file its response on or before May 19, 2006.

DONE this 27th day of April, 2006.

BY THE COURT:

s/John L. Kane
United States District Court Judge