IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

_____

Civil Action No.  03-cv-0807-JLK-CBS

VIATICAL LIQUIDITY, LLC, a California limited liability corporation,

    Plaintiff,

v.

MARK WOLOK, et al.,

    Defendants.

_____

**ORDER REGARDING UNOPPOSED MOTION TO WITHDRAW MOTION TO ENFORCE SETTLEMENT AGREEMENT**
_____

Plaintiffs' Unopposed Motion to Withdraw Motion to Enforce Settlement Agreement (doc. #821), filed May 15, 2006, is **GRANTED.**  The Motion to Enforce Settlement Agreement (doc. #807), filed April 13, 2006, is deemed withdrawn.

DATED this 15th day of May, 2006.

                                        BY THE COURT:

                                        s/John L. Kane
                                        John L. Kane, Senior Judge
                                        United States District Court