IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-CV-275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER**
_____

    Plaintiffs' Motion for Summary Judgement on a portion of its Tenth Claim for Relief against Defendant Jamie Goldstein (Doc. 776), filed November 9, 2005, and Mr. Goldstein's related Request for Continuance Pursuant to Rule 56(f) (Doc. 804), filed March 10, 2006, are currently pending before me. Both matters are asserted here as a result of the July 11, 2005 Order of the United States Bankruptcy Court for the Southern District of Florida ("Stay Relief Order"), which granted Plaintiffs permission to pursue this claim with respect to certain tax refund monies currently on deposit with the Clerk of this Court.

Mr. Goldstein recently notified the court that the United States District Court for the Southern District of Florida had considered his appeal of the Stay Relief Order and remanded that Order to the Bankruptcy Court for further findings.  *See* Notice of Supplemental Exhibit to Partial Response (Doc. 826), filed June 6, 2006.  Neither Mr. Goldstein's Notice nor the Florida district court's order provide information on the process or schedule for further Bankruptcy Court action concerning the Stay Relief Order.

In light of these developments, the parties shall file a joint report regarding the status of the above-referenced Motion for Summary Judgment and Rule 56(f) request.  This report shall specifically address whether the motion and/or request can or should be considered and decided in this court at this time.  If the parties cannot reach agreement on these matters, they shall include their respective positions in the status report.  The parties shall file the joint status report **no later than June 23, 2006**.

IT IS SO ORDERED.

Dated this 8th day of June, 2006.

                                        s/ John L. Kane
                                        John L. Kane, Senior District Judge
                                        United States District Court