IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

_____

## ORDER ADMITTING EXHIBIT M
_____

THIS MATTER comes on before the Court on the Motion of the Plaintiffs for admission of Exhibit M in the hearing on the Order to Show Cause to Mark Wolok, the Court having considered the Motion and being fully advised in the premises,

IT IS HEREBY ORDERED that Exhibit M is admitted in the hearing on the Order to Show Cause to Mark Wolok.

DATED this 14th day of December, 2006.

                                      BY THE COURT:

                                      s/John L. Kane
                                      John L. Kane, U.S. District Court Judge