IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants.

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**
_____

This matter comes before the Court on the Unopposed Motion to Withdraw as Counsel filed by Davis Graham & Stubbs LLP attorneys Dale R. Harris and Jonathan W. Rauchway.  The Court, having reviewed the Motion and otherwise being fully informed, hereby **GRANTS** the motion for good cause shown.  The Clerk is directed to remove Dale R. Harris, Jonathan W. Rauchway, and any other Davis Graham & Stubbs LLP attorney whose name may remain on the docket as counsel of record for Defendant Mark Wolok and Relief Defendants Unlimited Bond Services Agency, LLC., International Fidelity and Surety, Ltd., and International Consultants Management, Ltd.

Dated:  January 3, 2007                        By the Court:

                                                            ***S/John L. Kane***
                                                            United States District Judge