IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00275-JLK**

**DOMINICK PAOLONI, et al.,**

    Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et al.,**

    Defendants.

**and, NBSA, LLC, et al.,**

    Relief Defendants.

**ORDER**

Kane, J.

Plaintiffs' Motion to Amend Date By Which Mark Wolok Must Reply (Doc. 855) is GRANTED. Mark Wolok shall file his reply in support of his Motion for Reconsideration of the Order of December 15, 2006 (Doc. 849) no later than January 23, 2007.

I will hold Plaintiffs' Motion for Issuance of Arrest Warrant for Mark Wolok (Doc. 853) in abeyance until I decide Mr. Wolok's Motion for Reconsideration, which I intend to do promptly after briefing is completed on January 23. If I deny Mr. Wolok's motion, I will grant Mr. Wolok a short period to deposit the necessary sum in the Court's Registry as required by the Order of December 15, 2006. If Mr. Wolok does not comply, I will grant Plaintiffs' motion and issue a warrant for his arrest as provided in the December 15, 2006 Order.

IT IS SO ORDERED this 12th day of January, 2007.

                                        s/ John L. Kane  
                                        John L. Kane, Senior District Judge  
                                        United States District Court