IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00275-JLK**

**DOMINICK PAOLONI, et al.,**

> Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et al.,**

> Defendants.

**and, NBSA, LLC, et al.,**

> Relief Defendants.

_____

## ORDER
_____

Kane, J.

Plaintiffs' Objection to Limited Appearance of Allan S. Rubin (Doc. 865), filed

January 25, 2007, is SUSTAINED.  The attempted limited appearance of Mr. Rubin is

STRICKEN.  He may appear enter a general appearance or none at all.

Dated this 29th day of January, 2007.

> s/ John L. Kane
> John L. Kane, Senior District Judge
> United States District Court