IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00275-JLK**

**DOMINICK PAOLONI, et al.,**

    Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et al.,**

    Defendants.

**and, NBSA, LLC, et al.,**

    Relief Defendants.

## ORDER ON MOTION FOR RECONSIDERATION

Kane, J.

This matter is before me on Defendant Mark Wolok's Motion for Reconsideration of the Order of December 15, 2006 (Doc. 849), filed January 8, 2007. Having carefully considered the Motion and related briefing, and all applicable legal authorities, and being fully advised in the premises, I grant the Motion in part and deny it in part as set forth below:

    1.    I deny Defendant's request that I set aside the December 15, 2006 Order holding him in contempt for violation of the March 2, 2001 Preliminary Injunction.

    2.    I deny Defendant's request that I reduce to amount to be paid into the Registry of the Court pursuant to the December 15, 2006 Order from $272,499.00 to $59,300.00.

3. I grant Defendant's request to reduce the amount to be paid into the Court's Registry by the $10,000. This amount represents the sanctions assessed against him in the December 15, 2006 Order pursuant to 28 U.S.C. § 1927. The statute, however, only permits an award of sanctions against attorneys. The amount due under the December 15, 2006 Order to purge Defendant's contempt is, therefore, reduced from $272,499.00 to $262,499.00.

4. I deny Plaintiffs' request that the $10,000 in fees and costs previously assessed against Defendant Wolok pursuant to 28 U.S.C. § 1927 be assessed against Defendant's counsel, Larry Griffis, because the due process requirements for this action have not been met. *See Dominion Video Satellite, Inc. v. Echostar Satellite L.L.C.*, 430 F.3d 1269, 1279-80 (10th Cir. 2005).

5. I deny Defendant's request that I allow Mr. Wolok to pay the amount required by the December 15, 2006 Order and this Order by means of a Court-ordered down payment and $2,500 per month thereafter until paid in full.

6. Consistent with the December 15, 2006 Order, as modified above, I order Defendant Mark Wolok to pay into the Registry of United States District Court for the District Court the sum of $262,499.00, the amount by which Plaintiffs have been damaged as a result of his violations of the March 2, 2001, Preliminary Injunction, **no later than February 15, 2007.** If

Mr. Wolok does not comply, I will grant Plaintiffs' pending Motion for Issuance of Arrest Warrant and issue a warrant for his arrest as provided in the December 15, 2006 Order.

Dated this 30th day of January, 2007.

                                                s/John L. Kane  
                                                John L. Kane, Senior District Judge  
                                                United States District Court