IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00275-JLK**

**DOMINICK PAOLONI, et al.,**

    Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et al.,**

    Defendants.

**and, NBSA, LLC, et al.,**

    Relief Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Motion for Leave to File Reply to Larry K. Griffis' Response to Order to Show Cause (doc. #875), filed February 7, 2007, is GRANTED. The response (doc. #876), is accepted as filed.

Dated:  February 7, 2007