IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00275-JLK**

**DOMINICK PAOLONI, et al.,**

    Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et al.,**

    Defendants.

**and, NBSA, LLC, et al.,**

    Relief Defendants.

_____

**ORDER**
_____

Kane, J.

    In Orders entered on December 15, 2006 and January 30, 2007, I found Mr. Wolok in civil contempt and ordered him to pay $262,499.00 into the Registry of the Court to purge the contempt. The payment amount represents the amount by which I found Plaintiffs had been damaged as a result of Mr. Wolok's violations of the March 2, 2001 Preliminary Injunction.

    The deadline for this payment, February 15, 2007, has passed without the required payment. Under the terms of the two Orders, such non-payment was to trigger issuance of an arrest warrant for Mr. Wolok and his incarceration until such time as he fully complied with the Orders.

On February 14, 2007, however, the Court received Notice of Filing of Chapter 7 Bankruptcy by Defendant Mark Wolok.  **No later than March 6, 2007**, Plaintiffs shall file a statement addressing the implications of this bankruptcy filing and the automatic stay provisions of 11 U.S.C. § 362 on continuation of the pending contempt proceeding against Mr. Wolok and the continuation of this action against him more generally.  If Plaintiffs maintain that the contempt proceeding may continue with the arrest and incarceration of Mr. Wolok until payment is made, I will provide Mr. Wolok with an opportunity to respond to Plaintiffs' statement.

IT IS SO ORDERED this 22nd day of February, 2007.

        s/John L. Kane
        John L. Kane, Senior District Judge
        United States District Court