## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge John L. Kane

Civil Action No. 01-cv-0275-JLK

DOMINICK PAOLONI, et al.,

       Plaintiffs,

  v.

DONALD I. GOLDSTEIN, et al.,

       Defendants.

NBSA, LLC, et al.,

       Relief Defendants.

___

## ORDER GRANTING MOTION TO TEMPORARILY HOLD
## MOTION TO DISMISS WITHOUT PREJUDICE IN ABEYANCE

___

       The above-entitled matter, having come before the Court on a Motion filed by John P. Barbee, Chapter 7 Trustee, to temporarily hold the Plaintiffs' Motion to Dismiss Without Prejudice in abeyance; the Court, having reviewed the pleadings filed herein and being otherwise fully advised in the premises:

       IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice shall be temporarily stayed pending Bankruptcy Court approval of a settlement between the Trustee and certain Defendants named therein;

IT IS FURTHER ORDERED that the Trustee shall file a status report with the Court on or before April 3, 2007, advising the Court of the Bankruptcy Court's action on the proposed settlement.

DATED this 23rd day of February, 2007.

BY THE COURT:

s/John L. Kane
District Court Judge