IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **01-cv-00275-JLK**

**DOMINICK PAOLONI, et al.,**

    Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et al.,**

    Defendants.

**and, NBSA, LLC, et al.,**

    Relief Defendants.

___

**ORDER**
___

Kane, J.

On February 13, 2007, Defendant Mark Wolok filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Michigan. In light of this development and Plaintiffs' Statement Regarding the Implications of Mark Wolok's Bankruptcy Filing (Dkt. #894), the claims and pending civil contempt proceeding against Mark Wolok in this action are stayed unless and until the bankruptcy court grants relief from the automatic stay provisions of 11 U.S.C. § 362.

IT IS SO ORDERED.

Dated this 5th day of March, 2007.

                                              s/John L. Kane
                                              John L. Kane, Senior District Judge
                                              United States District Court