IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER**
_____

THIS MATTER comes before the Court pursuant to Plaintiffs' Motion for Permission to File Reply in Support of Motions for Order to Show Cause, to Modify Settlement Agreement and for Issuance of a Preliminary Injunction, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Plaintiffs shall have to and including April 2, 2007, in which to file a combined reply in support of Plaintiffs' Motion to Reinstate Preliminary Injunction Against Joseph Ieracitano and Blue Paper, Inc., Motion to Modify

Settlement Agreement and Amended Motion for Order to Show Cause to Joseph F. Ieracitano and Blue Paper, Inc.

DATED this 29th day of March, 2007.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Jr., U.S. District Court Judge