IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER FOR DISMISSAL WITHOUT PREJUDICE**
_____

    This matter is before me on Plaintiffs's Motion to Dismiss Without Prejudice (Doc. 883), filed February 9, 2007. This Motion has been held in abeyance at the request of Plaintiff John P. Barbee, Chapter 7 Trustee of Defendants Donald, Patricia and Jamie Goldstein and related entities, to allow the Bankruptcy Court to act on a proposed settlement to resolve all claims between the Trustee and the individual Goldstein Defendants. In a Status Report filed April 3, 2007, the Trustee notified the court that the Bankruptcy Court has approved the settlement agreement and that the agreement is now

final. He further reported he had no objection to Plaintiffs' Motion following the Bankruptcy Court's action. Plaintiffs' Motion, therefore, is ripe for decision.

Accordingly, having carefully considered Plaintiffs' Motion, the Trustee's Status Report, and all applicable legal authorities, and being fully advised in the premises, I GRANT the Motion and ORDER the following Defendants DISMISSED without prejudice from this case: the Ieglasis Family Trust, Reliance Financial & Investment Group, Inc.; The Reliance Program, Inc.; Paragon Capital Group, Inc.; Tap Industries, Inc.; New Wave Marketing Associates, Inc.; Greystone Consulting Group, Inc.; Gulfstream Funding Group, Inc.; Winthrop Consulting Group, Inc.; Madison Financial Services, Inc.; Patrie, Ltd., J.D.T. Group Enterprises; DLJ Corporation; Gulfstream Trust; DG Trust; Jeli Corporation; Tilloo Cay, Limited; Cuup, Limited; and JG Trust.

DATED this 4th day of April, 2007.

                                           s/ John L. Kane
                                           John L. Kane, Senior Judge
                                           United States District Court