IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER**
_____

    This matter is before me on the Request of Defendant Joseph Ieracitano (Doc. 924) to appear by phone at the April 11, 2007 hearing on the Order to Show Cause why he and Defendant Blue Paper, Inc. should not be held in civil contempt for violation of the Court's orders. Having carefully considered the Request, Plaintiffs' objections thereto, and all applicable legal authorities, and being fully advised in the premises, I overrule Plaintiffs' objections and GRANT Mr. Ieracitano leave to appear at the April 11 hearing by phone.

This ruling applies only to Defendant Ieracitano and not to Defendant Blue Paper, Inc. As stated in my March 30 Order to Show Cause, a corporation may only appear in court through counsel.

I understand the practical difficulties this ruling may impose on Plaintiffs in their intended examination of Mr. Ieracitano. To the extent necessary, Plaintiffs may make an offer of proof demonstrating that Mr. Iericitano violated the Court's orders, and I will require Mr. Ieracitano to respond to that offer. By his absence Mr. Ieracitano bears the risk of non-persuasion in all matters relating to his credibility.

IT IS SO ORDERED.

Dated this 10th day of April, 2007.

           s/John L. Kane
           John L. Kane, Senior District Judge
           United States District Court