## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

Date:  April 11, 2007  Reporter: Darlene Martinez
  Deputy Clerk: Bernique Abiakam

Case No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,   John A. Hutchings

    Plaintiff,

v.

DONALD I. GOLDSTEIN, et al.,

    Defendant,

and

NBSA, LLC,  et al.,

    Relief Defendants.

## COURTROOM MINUTES

**Hearing:   Show Cause and Motions**

**10:05 a.m.     Court in Session.**

Court calls case.  Appearances of plaintiff counsel and defendants, Joseph F. Ieracitano and Rocky Smith.

Court's preliminary remarks.

Witnesses sworn.

10:09 a.m.     Cross examination begins of Mr. Ieracitano by Mr. Hutchings.

**Plaintiff's exhibits A - K offered and admitted.**

11:00 a.m.     Continued cross examination by Mr. Hutchings.

**Plaintiff's exhibits M, N, O, & P offered and admitted.**

*01-cv-00275-JLK*
*Motions Hearing*
*April 11, 2007*

11:05 a.m.     Statements by Mr. Ieracitano.

Mr. Smith will not be called for cross examination and is given permission by the Court to disconnect from the hearing.

11:13 a.m.     Final remarks by Mr. Hutchings.

11:15 a.m.     Further statements by Mr. Ieracitano.

11:18 a.m.     Comments and Rulings by the Court.

**ORDERED:     Motion To Modify Settlement Agreement (Filed 3-9-07; Doc. No. 902) is GRANTED.**

**ORDERED:     Motion To Reinstate Preliminary Injunction Against Joseph Ieracitano And Blue Paper, Inc. (Filed 3-8-07; Doc. No. 901) is GRANTED.**

**ORDERED:     Amended Motion For Order To Show Cause (Filed 3-8-07; Doc. No. 899) is GRANTED as specified. At the direction of Mr. Hutchings, Mr. Ieracitano shall comply within 90 days of today as specified.**

**ORDERED:     Mr. Hutchings shall nominate a Special Receiver by April 23, 2007, to obtain all corporate records and execute any and all documents, as specified.**

11:21 a.m.     Further comments by Mr. Hutchings.

**ORDERED:     Mr. Ieracitano's deposition shall take place on April 25, 2007 at 9:00 a.m. in Boca Raton, Florida.**

The Court further advises Mr. Ieracitano regarding a review is this matter in 90 days.

11:24 a.m.     Mr. Ieracitano excused by the Court to disconnect from the hearing.

**ORDERED:     Plaintiff's Oral Motion To Allow 3 Weeks for Lee V. Twyford To File Response To (Motion For Entry of Judgment Against Lee V. Twyford [Filed 2-8-07; Doc No. 879]) is GRANTED. Response shall be filed on or before May 2, 2007.**

**11:27 a.m.     Court in Recess**.
Hearing concluded.
Total time in court: 1 hour 22 minutes.