IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

### ORDER APPROVING SETTLEMENT AGREEMENT AND RELATED ORDERS
_____

THIS MATTER comes before the Court pursuant to the Agreed Motion for Approval of Settlement Agreement (doc. #929) of the Plaintiffs, Donald Goldstein, Patricia Goldstein and Jamie Goldstein for approval of the Settlement Agreement dated as of September 15, 2006, between the Plaintiffs, Donald Goldstein, Patricia Goldstein and Jamie Goldstein (the "Settlement Agreement") and for the entry of related orders in accordance with the provisions of the Settlement Agreement, the Court having reviewed the pleadings and being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED AS FOLLOWS:

IT IS HEREBY ORDERED that the Settlement Agreement dated as of September 15, 2006, among the Plaintiffs, Donald Goldstein, Patricia Goldstein and Jamie Goldstein, which is attached hereto as Exhibit A and incorporated herein by reference, is hereby approved in all respects and such

Settlement Agreement and each and every provision thereof is hereby made an order of this Court.

IT IS FURTHER ORDERED that the sum of $550,000, together with all accrued interest thereon currently on deposit with the Clerk of the United States District Court for the District of Colorado is hereby subject to a constructive trust upon the terms and conditions as set forth in the Settlement Agreement of which Jamie Goldstein is the trustee and the Plaintiffs and the claims they represent herein are the beneficiaries.

IT IS FURTHER ORDERED that the sum of $550,000, together with all accrued interest thereon, shall be distributed forthwith to the trust account of Dill, Dill, Carr, Stonbraker & Hutchings, P.C. in full satisfaction of the constructive trust imposed by this Court in favor of the Plaintiffs upon such sum of money.

IT IS FURTHER ORDERED that upon receipt of the $550,000, together with all accrued interest thereon, by the trust account of Dill, Dill, Carr, Stonbraker & Hutchings, P.C., Dill, Dill, Carr, Stonbraker & Hutchings, P.C. shall within five (5) business days distribute the sums received as follows:

1. Four Hundred Eighty-Seven Thousand Five Hundred Dollars ($487,500) shall be distributed to Viatical Administrators, Inc., a Colorado corporation, for the benefit of the Paoloni Plaintiffs and the claims they represent herein.

2. All remaining amounts shall be distributed to the trust account of Brian S. Behar for the benefit of Donald Goldstein, Jamie Goldstein and/or Patricia Goldstein.

IT IS FURTHER ORDERED that the Plaintiffs' Motion for Summary Judgment is hereby withdrawn.

IT IS FURTHER ORDERED that all claims currently pending in this action against Donald Goldstein, Jamie Goldstein and Patricia Goldstein are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Preliminary Injunction entered June 24, 2002 against Jamie Goldstein is hereby dissolved, vacated and released in its entirety.

IT IS FURTHER ORDERED that the Amended Preliminary Injunction entered December 14, 2004 Against Jamie Goldstein is hereby dissolved, vacated and released in its entirety.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for enforcement of the Settlement Agreement and related motions and orders.

IT IS FURTHER ORDERED that the prior ruling and order of this Court prohibiting Donald Goldstein, Patricia Goldstein and Jamie Goldstein from participation in the viatical settlement business without further permission of this Court is hereby vacated.

Dated this 18th day of April, 2007.

BY THE COURT:

*s/John L. Kane*
John L. Kane, Jr., U.S. District Court Judge