IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER**
_____

    THIS MATTER comes before the Court pursuant to an Order to Show Cause and Setting Hearing to Joseph F. Ieracitano and Blue Paper, Inc. issued on March 30, 2007, ordering Joseph F. Ieracitano and Blue Paper, Inc. to show cause why they should not be held in civil contempt for failure to comply with this Court's Order Approving Settlement Agreement, Entry of Order and Order Vacating Preliminary Injunction as to Joseph F. Ieracitano and Blue Paper, Inc. entered on January 14, 2003. Hearing on the Order to Show Cause commenced on April 11, 2007 at 10:00 a.m. at which time the Court heard the testimony of Joseph Ieracitano telephonically and received into evidence numerous exhibits as reflected in the Court's records. After having heard the testimony of the witness, reviewed the exhibits as submitted and heard the arguments of the parties, the Court finds and orders as follows:

**FINDINGS**

1. Blue Paper, Inc. did not appear in response to the Order to Show Cause. Blue Paper, Inc. is hereby found in civil contempt of this Court for its violation of the Order Approving Settlement Agreement, Entry of Order and Order Vacating Preliminary Injunction of January 14, 2003.

2. The Court finds Joseph F. Ieracitano, individually, in civil contempt of this Court for violation of the Order Approving Settlement Agreement, Entry of Order and Order Vacating Preliminary Injunction of January 14, 2003.

3. The violations of the Order Approving Settlement Agreement, Entry of Order and Order Vacating Preliminary Injunction of January 14, 2003, by Joseph F. Ieracitano, individually, and Blue Paper, Inc. include, but are not limited to the following:

   a. The entry into and grant of a Second Mortgage, Deed and Security Agreement dated July 27, 2006, between Blue Paper, Inc., Joseph Ieracitano and Vita Y. Trematerra signed by Joseph Ieracitano on behalf of Blue Paper, Inc. and Joseph Ieracitano, individually (Exhibit I).

   b. The entry into a First Amendment to Contract for Purchase and Sale dated May 23, 2003, between Blue Paper, Inc., Joseph Ieracitano and Vita Trematerra, executed on behalf of Blue Paper, Inc. by Joseph F. Ieracitano and executed by Joseph F. Ieracitano, individually (Exhibit B-1 to Exhibit K).

   c. The entry into a Second Amendment to Contract for Purchase and Sale dated June 27, 2003 between Blue Paper, Inc., Joseph Ieracitano and Vita Trematerra signed on behalf of Blue Paper, Inc. by Joseph Ieracitano and signed by Joseph Ieracitano, individually (Exhibit B-2 to Exhibit K).

   d. Entry into a Third Amendment to Contract for Purchase and Sale dated

February 27, 2004, between Blue Paper, Inc., Joseph Ieracitano and Vita Trematerra signed on behalf of Blue Paper, Inc. by Joseph Ieracitano and individually by Joseph Ieracitano (Exhibit B-3 to Exhibit K).

      e.      Entry into a Fourth Amendment to Contract for Purchase and Sale dated October 15, 2004, between Blue Paper, Inc., Joseph Ieracitano and Vita Trematerra, signed on behalf of Blue Paper, Inc. by Joseph Ieracitano and by Joseph Ieracitano individually (Exhibit B-4 to Exhibit K).

      f.      Entry into a Fifth Amendment dated June 2005 between Blue Paper, Inc., Joseph Ieracitano and Vita Trematerra signed on behalf of Blue Paper, Inc. by Joseph Ieracitano and by Joseph Ieracitano, individually (Exhibit B-5 to Exhibit K).

      g.      Entry into a Sixth Amendment to Contract for Purchase and Sale dated May 1, 2006 between Blue Paper, Inc., Joseph Ieracitano, and Vita Trematerra signed by Joseph F. Ieracitano on behalf of Blue Paper, Inc. (Exhibit C to Exhibit K).

      h.      Entry into a First Amendment to Contract for Purchase and Sale dated July 27, 2006 between Blue Paper, Inc. and Vita Trematerra, signed on behalf of Blue Paper, Inc. by Joseph Ieracitano (Exhibit C to Exhibit K).

      i.      The failure to complete construction of the Blue Paper, Inc. townhouse project in accordance with the construction of loan documents of BankUnited FSB.

**ORDER**

IT IS HEREBY ORDERED that a receiver for the property, assets and affairs of Blue Paper, Inc. be appointed. Plaintiffs' counsel shall nominate to this Court, on or before April 20, 2007, an individual to be appointed as receiver for the property, assets and business affairs of Blue Paper, Inc.

IT IS FURTHER ORDERED that Joseph Ieracitano shall fully and completely cooperate with the Plaintiffs and their counsel for purposes of permitting the Plaintiffs to receive all of the benefits provided for and intended under the Order Approving Settlement Agreement, Entry of Order and Order Vacating Preliminary Injunction of January 14, 2003, including any modifications of such Order.

IT IS FURTHER ORDERED that in the event Joseph Ieracitano does not comply with this Court's orders this Court will require the personal appearance of Joseph Ieracitano before this Court to show cause why he should not be held in further contempt of this Court.  In such event, this Court will appoint legal counsel for Joseph Ieracitano in the event he cannot afford one.

DATED this 18th day of April, 2007.

BY THE COURT:

*S/John L. Kane*
John L. Kane, U.S. District Court Judge