IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER APPROVING SETTLEMENT AGREEMENT AND RELATED ORDERS**
_____

    THIS MATTER comes before the Court pursuant to the Unopposed Motion of the Plaintiffs for approval of the Settlement Agreement dated as of April 6, 2007 between the Plaintiffs and Lee V. Twyford, Jr. (the "Settlement Agreement") and for the entry of related orders in accordance with the provisions of the Settlement Agreement. The Court has reviewed the pleadings, the Settlement Agreement and is otherwise fully advised in the premises.

    NOW, THEREFORE, IT IS ORDERED AS FOLLOWS:

    It is hereby ordered that the Settlement Agreement dated as of April 6, 2007 among the Plaintiffs and Lee V. Twyford, Jr., which is attached hereto as Exhibit A and incorporated herein by reference, is hereby approved in all respects, binding upon all Plaintiffs and Lee V. Twyford, and such Settlement Agreement and each and every provision thereof is hereby made an order of this

Court.

It is further ordered that all of Plaintiffs' claims against Lee V. Twyford, Jr. are hereby dismissed with prejudice.

It is further ordered that this Court shall retain jurisdiction in this matter for enforcement of the Settlement Agreement and this Order.

DATED this 3rd day of May, 2007

BY THE COURT:

*S/John L. Kane*
John L. Kane, U.S. District Court Judge