IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

---

**ORDER AUTHORIZING RECEIVER'S EMPLOYMENT OF LEGAL COUNSEL**

---

THIS MATTER is before the Court on Receiver's Motion to Employ Legal Counsel (doc. #948), filed August 3, 2007.  The Motion is GRANTED.  It is

ORDERED that Scott A. Elk is authorized to retain the law firms of Dill Dill Carr Stonbraker & Hutchings, P.C., Elk, Christu & Bakst, LLP, and additional counsel with expertise in riparian rights and water law issues to represent the interests of Blue Paper, Inc. in the following matters:

    A.    The administrative matter of Stephen L. Lustig, Petitioner v. Broward County and the State of Florida Department of Environmental Protection, Respondents, before the State of Florida Department of Environmental Protection.

    B.    The administrative matter of Stephen L. Lustig, Petitioner v. Broward County and

the State of Florida Department of Environmental Protection, Respondents, before the State of Florida Broward County Environmental Protection Department.

C. The matter of Stephen L. Lustig, Plaintiff v. Blue Paper, Inc., a Florida corporation, Defendant, Case No. 07015804, in the Circuit Court for the 17th Judicial Circuit in and for Broward County, Florida.

IT IS FURTHER ORDERED that Scott A. Elk, Receiver, is hereby authorized to retain Dill Dill Carr Stonbraker & Hutchings, P.C. and Elk, Christu & Bakst, LLP on behalf of Blue Paper, Inc. with respect to any and all matters related to Stephen L. Lustig's breach of or violation of the Declaration of Covenants and Restrictions of 900 Hillsboro Mile, a claim against Stephen Lustig of easement by necessity, and any other claim which Blue Paper might have against Stephen Lustig.

IT IS FURTHER ORDERED that Scott A. Elk, Receiver, is hereby authorized to retain such further counsel, consultants and experts as Scott A. Elk, Receiver, deems necessary and appropriate so as to adequately represent the interests of Blue Paper, Inc. and protect and preserve the Blue Paper Property with respect to the foregoing matters.

IT IS FURTHER ORDERED that Scott A. Elk, Receiver, is authorized to pay all fees and expenses of Dill Dill Carr Stonbraker & Hutchings, P.C., Elk, Christu & Bakst, LLP, additional counsel, consultants and experts as retained by Scott A. Elk, Receiver, as authorized herein from funds and assets of Blue Paper, Inc.  To the extent Blue Paper, Inc. lacks adequate funds and assets to pay fees and expenses incurred, as authorized herein, and any such fees and expenses are paid by Viatical Administrators, Inc., the Plaintiffs in this action, and/or BankUnited FSB, then, from the sale of the next townhome unit of Blue Paper, Inc., the payer of such fees and expenses on behalf of the Receiver shall, after payment of all closing fees and expenses with respect to the sale of such

unit, receive the next proceeds as reimbursement for advances made to the Receiver.

IT IS FURTHER ORDERED that Scott A. Elk, Receiver, is hereby authorized to do any and all acts which he deems necessary and appropriate incidental to the foregoing matters for purposes of protecting the interests of Blue Paper, Inc. and protecting and preserving the Blue Paper Property, and in connection therewith incur necessary and appropriate expenses, to which the Receiver shall be entitled to reimbursement from the assets and funds of Blue Paper, Inc.

DATED this 8th day of August, 2007.

BY THE COURT:

*S/John L. Kane*
John L. Kane, U.S. District Court Judge