IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER**
_____

In light of the current status of this matter as it pertains to Defendant Mark Wolok, *see* Order of April 18, 2007 (Doc. 935); Plaintiffs' Status Report (Doc. 945), Plaintiffs' Motion for Issuance of Arrest Warrant for Mark Wolok (Doc. 853) is DENIED without prejudice.

IT IS SO ORDERED.

Dated this 19th day of September, 2007.

                                            s/John L. Kane
                                            John L. Kane, Senior District Judge
                                            United States District Court