IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER**
_____

This matter is before me on Plaintiffs' Motion for Dismissal of Claims With Prejudice Against Mark E. Wolok (Doc. 957), filed December 4, 2007. Having carefully considered the Motion and all applicable legal authorities, and being fully advised in the premises, I grant the Motion and order that all claims pending against Mark Wolok in this action are hereby dismissed with prejudice.

Dated this 5th day of December, 2007.

                                          s/John L. Kane
                                          John L. Kane, Senior District Judge
                                          United States District Court