IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.
_____

**ORDER REMOVING SCOTT A. ELK AS RECEIVER OF BLUE PAPER, INC.**
_____

    THIS MATTER is before the Court on Plaintiffs' Motion For Order Removing Scott A. Elk as Receiver of Blue Paper, Inc. (Doc. #962), filed February 28, 2008. The Motion is GRANTED. It is

    ORDERED that effective as of the date of this Order, Scott A. Elk is hereby removed as Receiver of Blue Paper, Inc. and from this date forward shall have no obligations, duties, or responsibilities as Receiver of Blue Paper, Inc. pursuant to this Court's Order of April 24, 2007, except as may otherwise be ordered by this Court.

IT IS FURTHER ORDERED, that notwithstanding the removal of Scott A. Elk as Receiver of Blue Paper, Inc., pursuant to the terms of this Court's April 24, 2007 Order, any claims of Joseph F. Ierciatano and/or any third party concerning the acts or transactions of Scott A. Elk as Receiver pursuant to this Court's April 24, 2007 Order, may not be brought without first obtaining leave of this Court.

IT IS FURTHER ORDERED, that notwithstanding the removal of Scott A. Elk as Receiver of Blue Paper, Inc., Scott A. Elk as Receiver of Blue Paper, Inc. shall not be liable for actions taken or omitted to be taken in good faith and without gross negligence.

IT IS FURTHER ORDERED that this Court retains jurisdiction of this matter for all purposes.

DATED this 28th day of February, 2008.

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court