IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

---

## STATUS REPORT

---

COME NOW the Plaintiffs, by and through their attorneys, Dill Dill Carr Stonbraker & Hutchings, P.C., and hereby submit the following Status Report on the above captioned matter.

### BLUE PAPER, INC. AND JOSEPH IERACITANO

On June 16, 2008, Plaintiffs filed a Motion for Summary Judgment against Joseph Ieracitano and Blue Paper Inc. seeking the entry of summary judgment against such Defendants for purposes of finalizing claims against such Defendants in this matter. (Docket Entry Numbers 965, 966, 967, 968, 970, 972, 973, 974, 975) The motion is currently pending before the Court.

## GARY HOSKIE AND PROFESSIONAL CONSULTANTS AND MANAGERS, INC.

On March 3, 2004, Plaintiffs filed a Motion for Entry of Default and for Entry of Default Judgment and Orders, together with supporting Affidavit of Rocky K. Smith, requesting the entry of Judgment and Order against Gary Hoskie and Professional Consultants and Managers, Inc. (Docket Entry No. 630-631). This Motion is currently pending before the Court.

## ISADORE COHEN

The only other remaining Defendant in this case is Isadore Cohen. To date, Plaintiffs have been unable to resolve through settlement their claims against Isadore Cohen. Depending upon the outcome of the Court's rulings on the Motion for Summary Judgment against Blue Paper, Inc., and Joseph Ieracitano and the Motion for Entry of Default and Entry of Default Judgment and Orders against Gary Hoskie and Professional Consultants and Managers, Inc., Plaintiffs will determine whether to proceed to trial against Isadore Cohen or dismiss all claims.

## ELEVENTH CIRCUIT APPEAL

Viatical Administrators, Inc., as Plaintiffs' assignee, appealed to the United States Court of Appeals for the Eleventh Circuit the ruling of the United States District Court for the Southern District of Florida the case of Viatical Administrators, Inc., v. Blue Paper Inc., et al., Case No. 07-61517-Civ-Huck/Simonton. In the Eleventh Circuit Court of Appeals, the case is known as Viatical Administrators, Inc. a Colorado Corporation, Appellant v. Blue Paper Inc. et al.; BankUnited FSB, Appellee, Eleventh Circuit Docket No. 08-11333-A. Oral argument is currently scheduled for the first week of December 2008. Plaintiffs would thus expect a ruling from the Eleventh Circuit Court of Appeals sometime in 2009.

Respectfully submitted,

DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.

s/John A. Hutchings
John A. Hutchings
Robert A. Dill
455 Sherman Street, Suite 300
Denver, Colorado 80203
Telephone: (303) 777-3737
Facsimile: (303) 777-3823
E-mail: jhutchings@dillanddill.com
bobdill@dillanddill.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2008 I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using CM/ECF System, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| jking@wsteele.com | dgarfield@bhfs.com |
| swasito@wsteele.com | hultin@wtklaw.com |
| joster@ostermartin.com | allan@draper-rubin.com |
| rkr@overturfmcgath.com | bernhardt@ballardspahr.com |
| blg@overturfmcgath.com | shea@ballardspahr.com |
| mpankow@bhs.com | bcohen@rothgerber.com |

and I hereby certify that I have mailed the **STATUS REPORT** to the following non-CM/ECF participants by depositing same in the United States mail, postage prepaid, addressed to the following on October 7, 2008:

| | |
|---|---|
| Gary Hoskie | Mr. Isadore Cohen |
| Professional Consultants & Managers, Inc. | 1920 East Hallandale Boulevard |
| P.O. Box 644320 | Suite 626 |
| 1706 Surfside Drive | Hallandale, Florida 33009 |
| Vero Beach, Florida 32964 | |

s/ Juliann Pettaway