IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-0275-JLK

DOMINICK PAOLONI, et al.,

    Plaintiffs,

vs.

DONALD I. GOLDSTEIN, et al.,

    Defendants,

and

NBSA, LLC, et al.,

    Relief Defendants.

_____

**STATUS REPORT**
_____

COME NOW the Plaintiffs, by and through their attorneys, Dill Dill Carr Stonbraker & Hutchings, P.C., and hereby submit the following Status Report on the above captioned matter.

On October 7, 2008, the Plaintiffs filed a Status Report (Docket Entry Numbers 976) updating the Court on pending matters as of October 7, 2008. This Status report updates the Court on events occurring since October 7, 2008.

<u>ELEVENTH CIRCUIT APPEAL</u>

The Eleventh Circuit Court of Appeals has affirmed the ruling of the United States District Court for the Southern District of Florida which determined that the Construction Mortgage of BankUnited, FSB was superior to the Equitable Liens of Viatical Administrators,

Inc. The ruling of the Eleventh Circuit Court of Appeals concludes all litigation involving the Plaintiff's and Viatical Administrators, Inc. in Florida. The result of the ruling of the Eleventh Circuit Court of Appeals affirming the ruling of the United States District Court for the Southern District of Florida is that Viatical Administrators, Inc. and the Plaintiffs will realize no proceeds as a result of their Equitable Liens.

## OTHER PENDING MATTERS

The Motion for Summary Judgment against Joseph Ieracitano and Blue Paper Inc. (Docket Entry Numbers 965, 966, 967, 968, 970, 972, 973, 974, 975) is currently pending.

The Motion for Entry of Default and for Entry of Default Judgment and Orders, against Gary Hoskie and Professional Consultants and Managers, Inc. (Docket Entry No. 630-631) is currently pending.

The only other Defendant in this case is Isadore Cohen. As previously referenced in Status reports, depending upon the outcome of the Court's rulings on the Motion for Summary Judgment against Blue Paper, Inc., and Joseph Ieracitano and the Motion for Entry of Default and Entry of Default Judgment and Orders against Gary Hoskie and Professional Consultants and Managers, Inc., Plaintiffs will determine whether to proceed to trial against Isadore Cohen or dismiss all claims.

Respectfully submitted,

DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.

s/John A. Hutchings
John A. Hutchings
Robert A. Dill
455 Sherman Street, Suite 300
Denver, Colorado  80203

Telephone: (303) 777-3737
Facsimile: (303) 777-3823
E-mail: jhutchings@dillanddill.com
bobdill@dillanddill.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2008 I electronically filed the foregoing **STATUS REPORT** with the Clerk of Court using CM/ECF System, which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| jking@wsteele.com | dgarfield@bhfs.com |
| swasito@wsteele.com | hultin@wtklaw.com |
| joster@ostermartin.com | allan@draper-rubin.com |
| rkr@overturfmcgath.com | bernhardt@ballardspahr.com |
| blg@overturfmcgath.com | shea@ballardspahr.com |
| mpankow@bhs.com | bcohen@rothgerber.com |

and I hereby certify that I have mailed the **STATUS REPORT** to the following non-CM/ECF participants by depositing same in the United States mail, postage prepaid, addressed to the following on December 17, 2008:

Gary Hoskie
Professional Consultants & Managers, Inc.
P.O. Box 644320
1706 Surfside Drive
Vero Beach, Florida 32964

Mr. Isadore Cohen
1920 East Hallandale Boulevard
Suite 626
Hallandale, Florida 33009

s/ Juliann Pettaway