IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 01-cv-00275-JLK

**DOMINICK PAOLONI, et al.,**

    Plaintiffs,

v.

**DONALD I. GOLDSTEIN, et al.,**

    Defendants.

**and, NBSA, LLC, et al.,**

    Relief Defendants.

## ORDER FOR DISMISSAL WITHOUT PREJUDICE

Kane, J.

This matter comes before the Court upon Plaintiffs' Motion to Dismiss Without Prejudice Agency Brokerage Corporation and Isadore Cohen (Doc. 985). The Court having reviewed such motion, and being fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that Plaintiffs' motion is GRANTED. All claims pending in this matter against Agency Brokerage Corporation and Isadore Cohen are hereby DISMISSED without prejudice.

Dated this 17th day of April, 2009.

                                            BY THE COURT:

                                            s/John L. Kane
                                            John L. Kane, Senior District Court Judge
                                            United States District Court