IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 01-cv-00275-JLK

**DOMINICK PAOLONI, et al.,**

    Plaintiffs,

vs.

**DONALD I. GOLDSTEIN, et al.,**

    Defendants,

and

**NBSA, LLC, et al.,**

    Relief Defendants.

---

**ORDER FOR RETURN OF BOND**

---

THIS MATTER comes on before the Court upon the Plaintiffs' Motion for Release of Bond, the Court having reviewed the motion and being fully advised in the premises;

IT IS HEREBY ORDERED that the Clerk of this Court shall release the cash bond posted by the Plaintiffs, through their counsel Dill Dill Carr Stonbraker & Hutchings, P.C., on February 21, 2001 in the amount of $2,500.00, and that the Clerk of this Court shall cause to be issued a check payable to Viatical Administrators, Inc. in the amount of $2,500.00 representing return of the cash bond, together with interest as provided by law less the registry fee assessment. The check shall be delivered to Plaintiffs' counsel, Dill Dill Carr Stonbraker & Hutchings, P.C., who shall thereafter cause the check to be delivered to Viatical Administrators, Inc.

DATED this 12th day of August, 2009.

               BY THE COURT:

               ***s/John L. Kane***
               John L. Kane, Senior Judge
               United States Senior District Court